IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEODIS RANDLE                                                                                         PETITIONER

v.                                      NO. 4:18-cv-00943 SWW/PSH

WENDY KELLEY                                                                                      RESPONDENT

FINDINGS AND RECOMMENDATION

INSTRUCTIONS

The following proposed Recommendation has been sent to United States District Judge Susan Webber Wright. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Petitioner Leodis Randle ("Randle") began this case by filing a document that the Clerk of the Court construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. 2254. In the petition, Randle appeared to challenge a state court conviction.

Randle has now filed what he characterizes as a "motion to dismiss for false arrest, unfair trial, and also unlawful obtained evidence." See Docket Entry 15. In the motion, he appears to ask that his state court conviction be overturned because of numerous Constitutional violations.

The undersigned recommends that the "motion to dismiss for false arrest, unfair trial, and also unlawful obtained evidence" be denied. Respondent Wendy Kelley has not yet filed a response to Randle's petition, and the relief Randle seeks can only be awarded after a full and fair consideration of the issues. Moreover, the "motion to dismiss for false arrest, unfair trial, and also unlawful obtained evidence" lacks factual specificity and clarity.

DATED this 20th day of March, 2019.

_____
UNITED STATES MAGISTRATE JUDGE