IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEODIS RANDLE                                                                    PETITIONER

v.                              NO. 4:18-cv-00943 SWW/PSH

WENDY KELLEY                                                                    RESPONDENT

ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The "motion to dismiss for false arrest, unfair trial, and also unlawful obtained evidence" filed by petitioner Leodis Randle is denied. See Docket Entry 15.

IT IS SO ORDERED this 3RD day of April, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE