IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEODIS RANDLE                                                                PETITIONER

v.                        NO. 4:18-cv-00943 SWW/PSH

WENDY KELLEY                                                 RESPONDENT

ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to dismiss, motion for order, and motion for trial filed by petitioner Leodis Randle are denied. See Docket Entry 18, 21, 25.

IT IS SO ORDERED this 9th day of May, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE