IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEODIS RANDLE                                                      PETITIONER

v.                              NO. 4:18-cv-00943 SWW

WENDY KELLEY                                              RESPONDENT

## ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Leodis Randle is dismissed. All pending motions and all requested relief are denied, and judgment will be entered for respondent Wendy Kelley.

IT IS SO ORDERED this 11th day of September, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE