# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LEODIS RANDLE**                                                                 **PETITIONER**

**v.**                  **NO. 4:18-cv-00943 SWW**

**WENDY KELLEY**                                                            **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Wendy Kelley.

IT IS SO ORDERED this 11th day of September, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE